## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

UNITED STATES OF AMERICA )
)
VS. )   CASE NO. 1:13-CR-69-BL
)
TRI DANG )

2014 JAN 30  PM 1: 42

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**TRI DANG,** by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir.

1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty

to the Indictment.  After cautioning and examining **TRI DANG.**  under oath concerning each of

the subjects mentioned in Rule 11,  I determined that the guilty plea was knowledgeable and

voluntary and that the offenses charged are supported by an independent basis in fact containing

each of the essential elements of such offense.  I therefore recommend that the plea of guilty be

accepted and that **TRI DANG.** be adjudged guilty and have sentence imposed accordingly.

Date:  January ___30___, 2014.


_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE


### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14)
days from the date of its service shall bar an aggrieved party from attacking such Report and
Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).